IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 23-cr-257 (JWB/ECW) |
| | ) | Date: November 7, 2023 |
| Wenlasombo Ilboudo (3), | ) | Video conference |
| | ) | Time Commenced: 2:32 p.m. / 2:52 p.m. |
| Defendant. | ) | Time Concluded: 2:43 p.m. / 2:57 p.m. |
| | ) | Time in Court: 16 minutes |

APPEARANCES:

Plaintiff: Campbell Warner, Assistant U.S. Attorney
Defendant: Glenn Bruder
    X CJA

Interpreter/ Language:   Maria F. Rivas / French

Date Charges Filed: August 17, 2023          Offense: conspiracy to commit mail fraud; aiding and abetting bank fraud; aggravated identity theft

    X Advised of Rights

on    X Indictment

X Released on the same conditions and order imposed by the Southern District of Texas.

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule 5(f) Brady notice read on the record.

                                                                _s/nah_
                                                        Signature of Courtroom Deputy