UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-cr-00257-JWB-ECW

UNITED STATES OF AMERICA,
        Plaintiff,

v.

WENDINBOUDE OUEDRAOGO,
ET AL
        Defendants.

**NOTICE OF SUBSTITUTION**

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Jeanne D. Semivan


<u>Remove AUSA</u>

Harry Jacobs


Dated: February 2, 2026        Respectfully submitted,

        DANIEL N. ROSEN
        United States Attorney

BY:   */s/Jeanne D. Semivan*
       Special Assistant U.S. Attorney